# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

In re **Corletta Patterson Erby**
Debtor(s)

Case No. 
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **0.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **0.00** |

2. $**335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☐ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      Attorney shall meet and consult with Client as needed, prepare the Petition, its accompanying exhibits, Form22(a), Statement of Affairs, Schedules and Summaries as required by the Bankruptcy Code, the Federal Rules ofBankruptcy Procedure, and the Local Rules of the Court, as well as any other documents or pleadings which arenecessary or appropriate to constitute a complete chapter 7 filing, and file same with the Clerk of the UnitedStates Bankruptcy Court. THERE WILL BE NO GAP IN LEGAL REPRESENTATION FROM THE TIME THE CASE IS FILED UNTIL SUCH TIME AS THE COURT ENTERS AN ORDER ALLOWING ATTORNEY TO WITHDRAW FROM THE CASE.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   The contract between the parties does not include providing post-petition legal services on Client's behalf; it is limited solely to the preparation and filing of Client's case.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **February 28, 2015**

**/s/ A. Michael Washington, GA Bar No. 738912**
A. Michael Washington, GA Bar No. 738912
**Clark & Washington, L.L.C.**
**3300 Northeast Expressway**
**Building 3**
**Atlanta, GA 30341**
**770-488-9338   Fax: 770-220-0685**